**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

OMAR KILPATRICK,

       Plaintiff,

v.

                                       Civil Action No.  5:20-cv-00263

FCI BECKLEY &
JOHN DOE,

       Defendants.

## NOTICE OF REMOVAL

Now comes the United States of America and, pursuant to 28 U.S.C. § 2679(d)(2), gives notice of the removal of the above-styled action from the Circuit Court of Raleigh County to the United States District Court for the Southern District of West Virginia at Beckley.  As grounds for removal the United States represents as follows:

1.     Federal Correctional Institution ("FCI") Beckley was named as a Defendant in a Complaint filed in the Circuit Court of Raleigh County, West Virginia, on or about March 17, 2020, bearing Civil Action No. 20-C-122.

2.     The Complaint alleges, generally, that following an accident suffered while on work detail at FCI Beckley and while using a walker issued by the prison, Plaintiff fell in his cell and was left there on the floor for a period of over three hours until medical assistance arrived. Plaintiff alleges outrageous conduct/intentional infliction of emotional distress grounded in his claim that Defendant John Doe purposefully left him lying there despite knowing his level of pain and inability to move himself, causing him to urinate and defecate on himself.  Plaintiff further alleges that this conduct resulted in Eighth Amendment constitutional violations based on cruel and unusual punishment and deliberate indifference.  Lastly, Plaintiff alleges that FCI Beckley was

1

negligent in its supervision of Plaintiff at the time he was injured on work detail.  A copy of the Complaint served upon FCI Beckley is attached as Exhibit A to this Notice of Removal.

3.      Michael B. Stuart, United States Attorney for the Southern District of West Virginia, has certified that the Federal Bureau of Prisons ("BOP"), which operates FCI Beckley, and its employees were acting within the scope of their office and employment as employees of the United States of America at all times relevant to the allegations contained in the Amended Complaint and continuing uninterrupted through the present.  A copy of that certification is attached as Exhibit B to this Notice of Removal.

4.      At all times relevant to the Complaint, BOP was a "Federal agency" of the United States for purposes of the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671.

5.      The FTCA, 28 U.S.C. §§ 1346(b), 2671–2680, provides the exclusive remedy for alleged tort claims brought against Federal agencies of the United States and their employees.  28 U.S.C. § 2679.

6.      The removal of this civil action is properly effected by the filing of a notice of removal in the district court.  28 U.S.C. §§ 1446, 2679.

7.      A copy of the Raleigh County Circuit Court docket sheet relating to this action is attached as Exhibit C to this Notice of Removal.

WHEREFORE, based upon the foregoing, the United States respectfully submits that this action is properly removed from the Circuit Court of Raleigh County, West Virginia, to the United States District Court for the Southern District of West Virginia at Beckley.

Respectfully submitted,

**MICHAEL B. STUART**
**United States Attorney**


**s/ Jason S. Bailey**
Jason S. Bailey (W. Va. Bar No. 13582)
Matthew C. Lindsay (W. Va. Bar No. 7896)
Assistant United States Attorneys
United States Attorney's Office
300 Virginia Street, East, Room 4000
Charleston, WV 25301
Phone: 304-345-2200
Fax: 304-347-5443
E-mail: jason.bailey2@usdoj.gov
E-mail: matthew.lindsay@usdoj.gov
*Counsel for United States of America*

3

**CERTIFICATE OF SERVICE**

I, Jason S. Bailey, hereby certify that on April 15, 2020, I electronically filed this *Notice of Removal* with the Clerk of the Court using the CM/ECF system and will mail a true copy of the same to the following by U.S. Mail:

Faun S. Cushman
Pritt & Spano, PLLC
714 ½ Lee Street East, Suite 204
Charleston, WV 25301
*Counsel for Plaintiff*

Paul Flanagan, Circuit Clerk
Raleigh County Judicial Center
222 Main Street
Beckley, WV 25801

> **s/Jason S. Bailey**
> Assistant United States Attorney
> W. Va. State Bar No. 13582
> United States Attorney's Office
> 300 Virginia Street, East, Room 4000
> Charleston, WV 25301
> Phone: 304-345-2200
> Fax: 304-347-5443
> E-mail: jason.bailey2@usdoj.gov
> *Counsel for United States of America*